# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>MARCUS MICHAEL TAKAYA POYDRAS,<br>　　　Defendant. | CR 21-417 DSF<br><br>ORDER OF DETENTION |

　　　The government applies for review of the magistrate judge's March 29, 2022 order setting bail in the amount of $125,000. This is a de novo review and the Court gives no deference to the determination of the magistrate judge. The Court has reviewed the briefs and the pretrial service report, which recommends detention.

　　　There is no dispute that the charges include the distribution of fentanyl resulting in death,[1] possession with intent to distribute cocaine and fentanyl, and possession of a firearm in furtherance of drug trafficking crimes. There is a rebuttable presumption that no combination of conditions will reasonably assure the appearance of the defendant or the safety of the community. Court has also considered the factors set forth in 18 U.S.C. § 3142(g). For the reasons described by the government and the pretrial services officer, the Court finds defendant has failed to rebut the presumption and there are no conditions of release that will reasonably assure the appearance of the

---

[1] The Court recognizes that defendant challenges the viability of this charge.

defendant as required or that will protect the safety of other persons and the community.

 Defendant is ordered detained. Defendant is remanded to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

 IT IS SO ORDERED.

Date: April 18, 2022

*Dale S. Fischer*
Dale S. Fischer
United States District Judge

cc: USM
 Magistrate Judge Audero
 United States Probation & Pretrial Services Office